STATE OF CONNECTICUT *v.* RAFAEL ABREU

The defendant's petition for certification for appeal from the Appellate Court, 106 Conn. App. 278 (AC 28450), is denied.

*James B. Streeto,* assistant public defender, in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided April 10, 2008